**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
JOSUE ANTONIO LEON SANTAMARIA,

                Petitioner,

  - against -

KRISTI NOEM, Secretary of the Department of Homeland Security, in her official capacity, ANTHONY J. LAROCCO, Sheriff Of Nassau County, in his official capacity, KENNETH GENALO, Director Of Enforcment and Removal Operations, in his official capacity, RONALD HARTUNG, Head of Nassau County Correctional Center, In his official capacity,

                Respondents.
------------------------------------------------------X

**JUDGMENT**
CV 26-0028 (JS)

      An Electronic Order of Honorable Joanna Seybert, United States District Judge, having been filed on January 29, 2026; granting Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; directing Respondent to immediately release Petitioner from custody; enjoining Respondents from denying Petitioner bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances consistent with the January 29, 2026 ruling; and directing the Clerk to enter Judgment and close the case, it is

      **ORDERED AND ADJUDGED** that Petitioner Josue Antonio Leon Santamaria's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted; that Respondents are enjoined from denying Petitioner bond in any subsequent proceeding on the basis that Petitioner must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances consistent with the January 29, 2026 ruling; and that the case is closed.

Dated: January 30, 2026
      Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF COURT

                                By:      /s / Jazmin M. Cubano
                                                      Deputy Clerk